[No. 8,272.—Department Two.]
March 27, 1882.

## M. A. BLADE *v.* SUPERIOR COURT OF FRESNO COUNTY.

PROHIBITION—SUNDAY LAW—PRACTICE.

APPLICATION for writ of prohibition.

The plaintiff was indicted in the Superior Court of the County of Fresno for a violation of the Sunday law; and the Court was proceeding to exercise jurisdiction of the case, when the alternative writ issued.

*W. D. Tupper,* for Plaintiff.

*W. D. Grady,* for Respondent.

The COURT :

In this case, which is an application for a writ of prohibition, it appearing that the prosecution has been dismissed in the above-named Superior Court, it is ordered that the application be denied, and the alternative writ heretofore granted is discharged.